**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| JONATHAN A. PATRONO | : | CASE NO: 1:26-bk-00020HWV |
| Debtor | : | |
| | : | |
| H&M HOLDINGS GROUP, LLC, | : | Adversary No. 1:26-ap-00037-HWV |
| HAUSER FAMILY FARMS, LLC, | : | |
| HANNAH HAUSER, and MELINDA | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JONATHAN A. PATRONO | : | |
| Defendant | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this date, a true and correct copy of the filed

Answer to Complaint to Determine Discharge of Debt as served upon the following parties by way

of United States First Class Mail, postage prepaid, addressed as follows:

> Paige MacDonald-Matthas, Esquire
> Obermeyer Redmann Maxwell & Hippell, LLP
> 200 Locust Street, Suite 400
> Harrisburg, PA 17101

> Respectfully submitted,

> LAW OFFICES OF CRAIG A. DIEHL

Date: April 27, 2026          By: /s/ Jeremy A. Hanawalt, CPA
                              Jeremy A. Hanawalt, CPA
                              3464 Trindle Road
                              Camp Hill, PA  17011
                              Tel: (717) 763-7613
                              Fax: (717) 763-8293