# Notice Recipients

District/Off: 0314–1      User: AutoDocketer      Date Created: 4/27/2026

Case: 1:26–ap–00037–HWV      Form ID: pdf010      Total: 7

**Recipients of Notice of Electronic Filing:**

aty      Craig A. Diehl      cdiehl@cadiehllaw.com

aty      Paige Macdonald–Matthes      pmm@obermayer.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

dft      Jonathan A. Patrono      2795 Biglerville Road      Gettysburg, PA 17325

ust      Edith Ann Serrano      DOJ–Ust      Sylvia H. Rambo United States Courthouse      1501 N. 6th Street      Box 302      Harrisburg, PA 17102

ust      Joseph P Schalk      DOJ–Ust      1501 North 6th Street      Ste Box 302      Harrisburg, PA 17102

ust      United States Trustee – TPA      Timberlake Annex, Suite 1200      501 E Polk Street      Tampa, FL 33602

ust      United States Trustee      US Courthouse      1501 N. 6th St      Harrisburg, PA 17102

TOTAL: 5